FILED BY [signature] D.C.
05 NOV -7 PM 12: 11
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
vs.
TIMOTHY BROOM, et al.,
Defendants,

CR. NO. 05-20377-B

ORDER

Upon consideration of the Government's Motion to Allow Disclosure of Sealed Search Warrant and Title III Materials in Discovery, it is hereby:

ORDERED, ADJUDGED AND DECREED that copies of the following documents may be provided to each of the defendants and their attorneys in *United States v. Timothy Broom, et al.*, Cr. No. 05-20377-B, and the related case, *United States v. Chapa*, Case No. 05-MJ-091 (W.D. Tenn.):

1. the search warrants and applications in Misc. Nos. 05-SW-130, 05-SW-131, 05-SW-132, 05-SW-133, 05-SW-134, 05-SW-135, 05-SW-136, 05-SW-137, 05-SW-138, 05-SW-139, 05-SW-140, and 05-SW-141 (W.D. Tenn.); and
2. the Title III applications, orders and affidavits in Misc. No. 05-WT-003 (W.D. Tenn.).

IT IS FURTHER ORDERED that the above-mentioned documents and their contents shall not be discussed, disseminated or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-7-05

83

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Date: 11/7/05
Memphis, Tennessee

United States District Court Judge

APPROVED:
Thomas A. Colthurst
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:05-CR-20377 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Paul Kellison Guibao
COPELAND & GUIBAO
242 Poplar Ave.
Memphis, TN 38103

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT